# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| David Hurt, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:19-cv-00097-FDW |
| vs. | |
| Daniel A. Kuehnert, et al, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2020 Order.

April 13, 2020

Frank G. Johns, Clerk
United States District Court